[No. 38935-1-I.    Division One.    July 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. NATHANIEL RICHARD SANDERS, JR., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 95-1-08574-8, William L. Downing, J., entered July 1, 1996. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Kennedy, C.J., and Webster, J.

[No. 39008-2-I.    Division One.    July 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES JOHN FARNAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 96-1-01166-1, JoAnne Alumbaugh, J., entered July 15, 1996. *Affirmed* by unpublished opinion per Webster, J., concurred in by Kennedy, C.J., and Grosse, J.

[No. 39371-5-I.    Division One.    July 20, 1998.]

KEN PARSONS, *Respondent*, v. ARLAND C. ROSE, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-2-07239-4, Ronald L. Castleberry, J., entered August 19, September 23, and December 10, 1996. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Grosse and Webster, JJ.